**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHELLE DILISIO,<br><br>      Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>      Defendant. | Case Nos. 18-cv-02215-BLF; 18-cv-02216-BLF; 18-cv-02266<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SHERYL RUTLEDGE, ET AL.,<br><br>      Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>      Defendant. | |
| DANIEL J. WANISH, ET AL.,<br><br>      Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>      Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-captioned cases are hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the cases are related to No. 13-CV-01920-EJD, *In re Intuitive Surgical Securities Litigation,* or No. 18-CV-02197-EJD, *Rogers v. Intuitive Surgical, Inc.*

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
BETH LABSON FREEMAN
United States District Judge