Nancy Hersh (SBN 49091)
nhersh@hershlaw.com
Hersh & Hersh
601 Van Ness Avenue #2080
San Francisco, California 94102
Phone:   415-441-5544
Fax:   415-441-7586

Ronnie G. Penton (LABN 10462)
fedcourtmail@thepentonlawfirm.com
The Penton Law Firm
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone:   985-732-5651
Fax:   985-735-5579

Francois M. Blaudeau (ALBN 7722D32F)
francois@southernmedlaw.com
2224 First Avenue North
Birmingham, Alabama 35203
Phone:   (205) 547-5525

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| **LONI LAWS-ROGERS** and | * | Civil Action No.  5:18-cv-02197 |
| **TOM ROGERS** | * | |
| Plaintiffs | * | |
| versus | * | |
| | * | |
| **INTUITIVE SURGICAL, INC.** | * | |
| Defendant | * | **MOTION TO DISMISS** |
| ****************************** | | |

    NOW INTO COURT, through undersigned counsel, come Plaintiffs, LONI LAWS-ROGERS and TOM ROGERS, who state that they desire to dismiss the case against all Defendants herein, with prejudice.

WHEREFORE, Plaintiffs pray that this matter be dismissed, with prejudice.

/s/Ronnie G. Penton (appearing *pro hac vice*)
Ronnie G. Penton (LA Bar 10462)
fedcourtmail@thepentonlawfirm.com
The Penton Law Firm
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone:   985-732-5651
Fax:       985-735-5579

Nancy Hersh (SBN 49091)
nhersh@hershlaw.com
HERSH & HERSH
601 Van Ness Avenue #2080
San Francisco, California  94102
Phone:  415-441-5544
Fax:       415-441-7586

Francois M. Blaudeau (ALBN 7722D32F)
francois@southernmedlaw.com
2224 First Avenue North
Birmingham, Alabama  35203
Phone:   (205) 547-5525

*Attorneys for Plaintiffs, Loni Laws-Rogers and Tom Rogers*

# CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for the following parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

>Allen J. Ruby (Allen.Ruby@skadden.com)
>Emily Reitmeier (Emily.Reitmeier@skadden.com)
>SKADDEN ARPS SLATE MEAGHER & FLOM LLP
>525 University Avenue, Suite 1400
>Palo Alto, California  94301
>
>Gregory D. Hull (greg@ellenberghull.com)
>4 North 2nd Street, Suite 1240
>San Jose, California 95113
>
>*Counsel for Defendant, Intuitive Surgical, Inc.*

May 4, 2020.

>s/Ronnie G. Penton
>Ronnie G. Penton