Nancy Hersh (SBN 49091)
nhersh@hershlaw.com
Hersh & Hersh
601 Van Ness Avenue #2080
San Francisco, California  94102
Phone:   415-441-5544
Fax:   415-441-7586

Ronnie G. Penton (LABN 10462)
fedcourtmail@thepentonlawfirm.com
The Penton Law Firm
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone:  985-732-5651
Fax:   985-735-5579

Francois M. Blaudeau (ALBN 7722D32F)
francois@southernmedlaw.com
2224 First Avenue North
Birmingham, Alabama  35203
Phone:  (205) 547-5525

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| **LONI LAWS-ROGERS and TOM ROGERS** | * * | Civil Action No.  5:18-cv-02197 |
| **Plaintiffs** | * | |
| versus | * * | |
| **INTUITIVE SURGICAL, INC.** | * | |
| **Defendant** | * | [~~PROPOSED~~] ORDER |
| ****************************** | | |

      CONSIDERING THE FOREGOING *PLAINTIFFS' MOTION TO DISMISS,*

      **IT IS ORDERED** that Plaintiffs' claims against Defendant, Intuitive Surgical, Inc., are dismissed, with prejudice.

Signed this 5th day of May, 2020, in San Jose, California.  The Clerk shall close the file.

*Lucy H. Koh*
JUDGE

Respectfully Submitted,

Nancy Hersh (SBN 49091)
nhersh@hershlaw.com
HERSH & HERSH
601 Van Ness Avenue #2080
San Francisco, California  94102
Phone:  415-441-5544
Fax:  415-441-7586

Ronnie G. Penton (LA Bar 10462)
fedcourtmail@thepentonlawfirm.com
The Penton Law Firm
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone:   985-732-5651
Fax:       985-735-5579

Francois M. Blaudeau (ALBN 7722D32F)
francois@southernmedlaw.com
2224 First Avenue North
Birmingham, Alabama  35203
Phone:   (205) 547-5525

*Attorneys for Plaintiffs, Loni Laws-Rogers and Tom Rogers*